FILED
July 12, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS HORACIO RAMIREZ HERNANDEZ,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00136-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS HORACIO RAMIREZ HERNANDEZ</u> Case No. <u>2:22-cr-00136-KJM</u>  Charges <u>21 USC § 846</u> from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__x__ (Other): <u>Release delayed until $50,000.00 secured bond is received and terms as stated on the record.</u>

Issued at Sacramento, California at 11:35 AM.

Dated:  July 12, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE