MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,     ) No. CR 22-136 KJM
        Plaintiff,                                         )
                                                                 ) STIPULATION PERMITTING
  v.                                                                ) ADDITIONAL TIME TO FILE
                                                                 ) THE PROPERTY BOND
JESUS HERNANDEZ,                                 )
        Defendant.                                      )
=============================) Magistrate Judge: Hon. Allison Claire

TO: PHILLIP TALBERT, U.S. Attorney, and ADRIAN KINSELLA, Asst. U.S. Attorney:

The current deadline for Jesus Hernandez to file the property bond that secures his pre-trial release is tomorrow, July 26, 2023 (see ECF entry 87).  Mr. Hernandez remains in custody until the property bond paperwork is filed and approved by the Court.

Defendant Jesus Hernandez, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Adrian Kinsella, stipulate as follows:

The new deadline for Mr. Hernandez to complete the filing of the property bond is Friday, August 11, 2023.

Dated:  July 25, 2023                               Respectfully submitted,

                                                            /s/ *Michael D. Long*_____
                                                            MICHAEL D. LONG
                                                            Attorney for Mr. Cach

///

///

-2-

1  Dated: July 25, 2023

2                                                                                           PHILLIP TALBERT
                                                                                            United States Attorney

3
                                                                                            /s/ *Adrian Kinsella*____
4                                                                                           ADRIAN KINSELLA
                                                                                            Assistant U.S. Attorney
5                                                                                           Signed by Mr. Long with the permission
                                                                                            of Mr. Kinsella
6

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-22-136 KJM
        Plaintiff,  )
  ) (Proposed) ORDER
    v.  )
  )
ADRIAN HERNANDEZ,  )
        Defendant.  ) Magistrate Judge: Hon. Allison Claire
================================)

    IT IS HEREBY ORDERED that the pre-trial release conditions for defendant ADRIAN HERNANDEZ are modified in the following manner:

    The new deadline for Mr. Hernandez to complete the filing of his property bond is Friday, August 11, 2023.

Dated:  July 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE