MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR 22-136 KJM
          Plaintiff,  )
            ) STIPULATION PERMITTING
    v.  ) ADDITIONAL TIME TO FILE
            ) THE PROPERTY BOND
JESUS HERNANDEZ,  )
          Defendant.  )
==============================) Magistrate Judge: Hon. Jeremy D. Peterson

TO: PHILLIP TALBERT, U.S. Attorney, and ADRIAN KINSELLA, Asst. U.S. Attorney:

The current deadline for Jesus Hernandez to file the property bond that secures his pre-trial release is tomorrow, July 26, 2023 (see ECF entry 87).  Mr. Hernandez remains in custody until the property bond paperwork is filed and approved by the Court.  On August 4, 2023, Judge Mueller approved Antonion Guerrero to assist the parties in completing and filing the secured bond documents.

Defendant Jesus Hernandez, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Adrian Kinsella, stipulate as follows:

The new deadline for Mr. Hernandez to complete the filing of the property bond is Friday, August 25, 2023.

Dated:  August 7, 2023                        Respectfully submitted,

                                              /s/ *Michael D. Long*_____
                                              MICHAEL D. LONG
                                              Attorney for Mr. Hernandez

///

Dated:  August 7, 2023

        PHILLIP TALBERT
        United States Attorney

        /s/ *Adrian Kinsella*
        ADRIAN KINSELLA
        Assistant U.S. Attorney
        Signed by Mr. Long with the permission of Mr. Kinsella

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-22-136 KJM
           Plaintiff,                            )
                                                         ) (Proposed) ORDER
  v.                                                  )
                                                         )
ADRIAN HERNANDEZ,                          )
           Defendant.                         ) Magistrate Judge: Hon. Jeremy D. Peterson
===============================)

      IT IS HEREBY ORDERED that the pre-trial release conditions for defendant ADRIAN HERNANDEZ are modified in the following manner:

      The new deadline for Mr. Hernandez to complete the filing of his property bond is Friday, August 25, 2023.

Dated:  August 9, 2023

                                                                        _____
                                                                       JEREMY D. PETERSON
                                                                       United States Magistrate Judge