FILED
August 25, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00136-KJM |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JESUS HORACIO RAMIREZ HERNANDEZ | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS HORACIO RAMIREZ HERNANDEZ</u> Case No. <u>2:22-cr-00136-KJM</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

| | Release on Personal Recognizance |
|---|---|
| | Bail Posted in the Sum of $ |
| X | Unsecured Appearance Bond $ 50,000 co-signed by Andres Campos |
| | Appearance Bond with 10% Deposit |
| X | Secured Appearance Bond <u>$50,000 co-signed by Andres Campos</u> |
| | Corporate Surety Bail Bond |
| X | (Other):  The defendant shall be released **Monday, 8/28/2023 at 9 AM** and directly report to US Pretrial Services located at 501 I Street, Suite 2-400, Sacramento CA 95814. |

Issued at Sacramento, California on August 25, 2023, at 9:30 AM

Dated:  August 25, 2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE