**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:        Mike.Long.Law@msn.com

Attorney for JESUS HORACIO RAMIREZ HERNANDEZ

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | )  Case No.:  2:22-136 DC |
| | ) |
| Plaintiff, | )  **REQUEST TO EXONERATE BONDS;** |
| | )  **ORDER** |
| vs. | ) |
| | ) |
| | )  **Judge: Chi Soo Kim** |
| | ) |
| JESUS HORACIO RAMIREZ | ) |
| HERNANDEZ, | ) |
| | ) |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JESUS HORACIO RAMIREZ HERNANDEZ, that (1) the secured property bond posted to secure defendant his release may be exonerated and the property used to secure the bond be reconveyed to the sureties, and (2) the $50,000 unsecured bond may be exonerated as well.

Defendant Hernandez was first charged by Complaint on June 1, 2022.  (ECF entry 1)  On July 12, 2023, Judge Barnes ordered: "The Court ordered the defendant delayed release on a $50,000.00 unsecured bond and a $50,000.00 secured property bond (with the secured property bond to be received by 7/26/2023) to be cosigned by Andres Campos, and with the pretrial conditions of

release as stated on record." (See ECF entry 87[1])  On August 24, 2023, Mr. Hernandez posted an appearance bond in the amount of $50,000 (ECF entry 98) secured by the equity in 11766 San Ribas Road, Fontana, California, which was legally owned by Andres Campos (ECF entry 97).[2]  Mr. Hernandez was released from custody on August 28, 2023. (ECF entry 102)

Mr. Hernandez was sentenced on October 21, 2025, and ordered to self-surrender by 12:00 p.m. on January 26, 2026.  (ECF entry 204).  On January 26, 2026, Mr. Hernandez successfully self-surrendered at FCI - MENDOTA.  (See https://www.bop.gov/inmateloc/).

AUSA Kinsella has reviewed this request and he does not oppose it.

---

[1]

| 07/12/2023 | 87 | MINUTES (Text Only) for DETENTION HEARING as to Jesus Horacio Ramirez Hernandez held before Magistrate Judge Deborah Barnes on 7/12/2023. Defendant present, in custody. Michael Long, previously appointed to represent the defendant. The defendant was advised of his rights. The government will concur with pretrial recommendations of release. Defense did not object. The Court ordered the defendant delayed release on a $50,000.00 unsecured bond and a $50,000.00 secured property bond (with the secured property bond to be received by 7/26/2023) to be cosigned by Andres Campos, and with the pretrial conditions of release as stated on record. Government Counsel: Adrian Kinsella present. Defense Counsel: Michael Long present. Custody Status: In Custody. |

[2]

| 08/24/2023 | 97 | COLLATERAL RECEIVED as to Jesus Horacio Ramirez Hernandez: ORIGINAL Deed of Trust from Andres Campos, 2023-019845, 11766 San Ribas Road, Fontana, CA 92337. Routed to vault. (Lopez, K) (Entered: 08/24/2023) |
| 08/24/2023 | 98 | APPEARANCE BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $50,000.00. (Reader, L) (Entered: 08/24/2023) |
| 08/25/2023 | 99 | COLLATERAL RECEIVED as to Jesus Horacio Ramirez Hernandez: Mexico Passport from Jesus Horacio Ramirez Hernandez, G30854688. (Lopez, K) (Entered: 08/25/2023) |
| 08/25/2023 | 100 | Unsecured BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $ 50,000.00 signed by defendant. (Waldrop, A) (Main Document 100 replaced on 8/25/2023) (Waldrop, A). (Entered: 08/25/2023) |
| 08/25/2023 | 102 | AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY signed by Magistrate Judge Kendall J. Newman on 08/25/23 as to Jesus Horacio Ramirez Hernandez ORDERING defendant to be released 08/28/23 at 9:00 a.m. and directly report to US Pretrial Services. (Benson, A.) (Entered: 08/28/2023) |
| 08/28/2023 | 101 | Unsecured BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $ 50,000.00 signed by surety, Andres Campos. (Waldrop, A) (Entered: 08/28/2023) |

For the convenience of the court, EDCA ECF documents 98, 100 and 101 are attached hereto.

Respectfully submitted,

Dated: February 5, 2026                MICHAEL D. LONG
                                       Attorney at Law

                                       /s/ *Michael D. Long*
                                       Michael D. Long
                                       Attorney for JESUS HERNANDEZ

Dated: February 5, 2026                ERIC GRANT
                                       United States Attorney

                                       /s/ *Adrian T. Kinsella*
                                       Adrian T. Kinsella
                                       Assistant United States Attorney

ORDER

Both the $50,000.00 unsecured bond and the $50,000.00 secured property bond for defendant JESUS HORACIO RAMIREZ HERNANDEZ are hereby exonerated. The Clerk of the Court shall reconvey the property, 11766 San Ribas Road, Fontana, CA 92337, to the owners.

The collateral filed by the defendant with the clerk on July 12, 2023,[3] shall be returned to attorney Michael D. Long, who will send it to Andres Campos.

IT IS SO ORDERED.

Dated: February 5, 2026                _____

                                       CHI SOO KIM
                                       UNITED STATES MAGISTRATE JUDGE

---

[3]

| 08/24/2023 | 97 | COLLATERAL RECEIVED as to Jesus Horacio Ramirez Hernandez: ORIGINAL Deed of Trust from Andres Campos, 2023-019845, 11766 San Ribas Road, Fontana, CA 92337. Routed to vault. (Lopez, K) (Entered: 08/24/2023) |

- 3 -