MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JESUS HORACIO RAMIREZ HERNANDEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS HORACIO RAMIREZ HERNANDEZ,<br><br>　　　　　　　Defendant.<br>=====================================) | ) No.:  2:22-136 DC<br>)<br>) STIPULATION AND<br>) ORDER EXONERATING<br>) Mr. RAMIREZ HERNANDEZ's<br>) UNSECURED APPEARANCE BONDS<br>) [ECF documents 100 & 101]<br>)<br>) Judge: Hon. Chi Soo Kim |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JESUS HORACIO RAMIREZ HERNANDEZ, that the two unsecured bonds posted to secure defendant his release may be exonerated.

Defendant Hernandez was first charged by Complaint on June 1, 2022.  (ECF entry 1)  On July 12, 2023, Judge Barnes ordered: "The Court ordered the defendant delayed release on a $50,000.00 unsecured bond and a $50,000.00 secured property bond (with the secured property bond to be received by 7/26/2023) to be cosigned by Andres Campos, and with the pretrial conditions of release as stated on record."  (See ECF entry 87[1])  On August 24, 2023, Mr. Hernandez posted an appearance bond in the

---

[1]

| 07/12/2023 | 87 | MINUTES (Text Only) for DETENTION HEARING as to Jesus Horacio Ramirez Hernandez held before Magistrate Judge Deborah Barnes on 7/12/2023. Defendant present, in custody. Michael Long, previously appointed |
|---|---|---|

amount of $50,000 (ECF entry 98) secured by the equity in 11766 San Ribas Road, Fontana, California, which was legally owned by Andres Campos (ECF entry 97).[1]  Mr. Hernandez was released from custody on August 28, 2023. (ECF entry 102)

Mr. Hernandez was sentenced on October 21, 2025, and ordered to self-surrender by 12:00 p.m. on January 26, 2026.  (ECF entry 204).  On January 26, 2026, Mr. Hernandez  successfully  self-surrendered  at  FCI  -  MENDOTA.  (See https://www.bop.gov/inmateloc/).

| | | to represent the defendant. The defendant was advised of his rights. The government will concur with pretrial recommendations of release. Defense did not object. The Court ordered the defendant delayed release on a $50,000.00 unsecured bond and a $50,000.00 secured property bond (with the secured property bond to be received by 7/26/2023) to be cosigned by Andres Campos, and with the pretrial conditions of release as stated on record. Government Counsel: Adrian Kinsella present. Defense Counsel: Michael Long present. Custody Status: In Custody. |
|---|---|---|

[1]

| 08/24/2023 | 97 | COLLATERAL RECEIVED as to Jesus Horacio Ramirez Hernandez: ORIGINAL Deed of Trust from Andres Campos, 2023-019845, 11766 San Ribas Road, Fontana, CA 92337. Routed to vault. (Lopez, K) (Entered: 08/24/2023) |
|---|---|---|
| 08/24/2023 | 98 | APPEARANCE BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $50,000.00. (Reader, L) (Entered: 08/24/2023) |
| 08/25/2023 | 99 | COLLATERAL RECEIVED as to Jesus Horacio Ramirez Hernandez: Mexico Passport from Jesus Horacio Ramirez Hernandez, G30854688. (Lopez, K) (Entered: 08/25/2023) |
| 08/25/2023 | 100 | Unsecured BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $ 50,000.00 signed by defendant. (Waldrop, A) (Main Document 100 replaced on 8/25/2023) (Waldrop, A). (Entered: 08/25/2023) |
| 08/25/2023 | 102 | AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY signed by Magistrate Judge Kendall J. Newman on 08/25/23 as to Jesus Horacio Ramirez Hernandez ORDERING defendant to be released 08/28/23 at 9:00 a.m. and directly report to US Pretrial Services. (Benson, A.) (Entered: 08/28/2023) |
| 08/28/2023 | 101 | Unsecured BOND POSTED as to Jesus Horacio Ramirez Hernandez in amount of $ 50,000.00 signed by surety, Andres Campos. (Waldrop, A) (Entered: 08/28/2023) |

AUSA Kinsella has reviewed this stipulation and he agrees to it.

Dated:  February 5, 2026                                Respectfully submitted,


                                                        /s/ *Michael D. Long*
                                                        MICHAEL D. LONG
                                                        Attorney for Mr. Ramirez Hernande


Dated:  February 5, 2026                                ERIC GRANT
                                                        United States Attorney

                                                        /s/ *Adrian Kinsella*
                                                        ADRIAN KINSELLA
                                                        Assistant U.S. Attorney



                            ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Ramirez Hernandez's two unsecured appearance bonds (ECF documents 100 and 101) are hereby exonerated.

Dated:  February 5, 2026

                                        Hon. CHI SOO KIM
                                        United States Magistrate Court Judge